IN THE CIRCUIT COURT OF THE 20th
JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA

GREGORY R. LANE AND DANIELA N.
DESANTIS (A/A/O CHRISTOPHER W.
PATTERSON & ATHINA PATTERSON),   CASE NO.:

    Plaintiff,
v.

LEXINGTON INSURANCE COMPANY,

    Defendant.
_____/

## PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT & DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, GREGORY R. LANE AND DANIELA N. DESANTIS (A/A/O CHRISTOPHER W. PATTERSON & ATHINA PATTERSON), through the undersigned counsel, and hereby files this Complaint against Defendant, LEXINGTON INSURANCE COMPANY, and as grounds therefore states as follows:

1. This is an action for damages in excess of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of interest, attorneys' fees and costs, and is otherwise within the jurisdictional limits of this Court.

2. At all times material hereto, Defendant was an insurance company authorized to do business in the State of Florida and doing business in Lee County, Florida.

3. At all times material hereto, the damaged property is located in Lee County, Florida.

4. Plaintiff brings this action pursuant to an assignment of benefits signed by the named insured or an authorized representative of the named insured(s), for good consideration. Attached hereto and incorporated by reference in as Plaintiff's "**Exhibit A**" is a true and correct

copy of the assignment of benefits agreement signed by the Insured and/or the Insured's authorized agent.

5. Prior to Hurricane Irma, Plaintiff sought and purchased homeowner's insurance from Defendant to cover the property located at 22848 Mossy Trail, Estero, FL 34135 (hereinafter "Insured Property"). Said policy of insurance, which is believed to be policy number 12899296, was issued by Defendant to Plaintiff to provide property insurance coverage for the Insured Property.

6. At all times material hereto, Plaintiff and Defendant had a policy of insurance, Policy No. 12899296 (hereinafter "Contract"). The Plaintiff is not in possession of a complete certified copy of the Contract; however, a copy of the declaration pages from the Contract are attached hereto and incorporated herein by reference as "**Exhibit A**". The Contract is well known to and in the possession of Defendant, and Plaintiff has requested a formal copy of the Contract through a Request to Produce which has been served upon Defendant contemporaneously with this Complaint. *See Equity Premium, Inc. v. Twin City Fire Ins. Co.*, 956 So. 2d 1257 (Fla. 4th DCA 2007); *Amiker v. Mid-Century Ins. Co.*, 398 So. 2d 974 (Fla. 1st DCA 1981); *Parkway General Hospital Inc. v. Allstate Ins. Co.*, 393 So. 2d 1171 (Fla. 3rd DCA 1981).

7. The Plaintiff has paid the premiums for the Contract prior to Hurricane Irma.

8. The Insured Property sustained direct physical damage caused by Hurricane Irma.

9. The Contract described in paragraph 5 above was in full force and effect as of September 10, 2017.

10. Defendant received timely notice of the loss.

11. Defendant assigned the loss reported by Plaintiff and described in paragraph 7 above a claim number believed to be 683-659124.

12. Defendant and its agents requested and were given access and the opportunity to inspect the Insured Property and the reported damage arising from the loss described in paragraph 7 above.

13. Defendant has failed to issue any payments for the damages to Plaintiffs' property.

14. This is an action relating to Defendant's breach of contract for its failure to properly pay the full amount of insurance proceeds owed to Plaintiff.

15. Jurisdiction and venue of this matter are proper in the Circuit Court for Lee County, Florida.

## COUNT I – BREACH OF CONTRACT

16. Plaintiff realleges and reincorporates paragraphs 1-14 as if fully stated herein, and further alleges as follows:

17. During the above Contract period the insured property sustained direct physical damages.

18. The Plaintiff provided timely notice of the loss, described in paragraph 7, above to the Defendant.

19. Prior to the initiation of this lawsuit, Defendant has denied coverage under the Contract for the damages referenced herein, and has refused or otherwise failed to issue any payment to the Plaintiff consistent with the same.

20. The Plaintiff has complied with all obligations and conditions precedent to this lawsuit and which would entitle Plaintiff to recover benefits under the Contract, or such conditions have been waived.

21. The Defendant has failed to provide complete coverage for the physical damages that occurred during the Contract period.

22. This failure is contrary to the terms of the Contract and constitutes a breach of the Contract.

23. The Plaintiff has been damaged by this breach in the form of unpaid insurance proceeds needed to restore the property to its pre-loss condition as a result of the Defendant refusing to pay the full amount owed under the Contract.

24. As a direct and proximate result of Defendant's breach of contract, the Plaintiff has been required to retain the services of the undersigned attorneys to represent and protect the interests of the Plaintiff and the Plaintiff has become obligated to pay them a reasonable fee for their services in bringing this action.

25. In the event that the Plaintiff prevail in this action, Plaintiff is entitled to an award of attorneys' fees and costs pursuant to section 627.428, 626.9373 and 57.041, Florida Statutes and/or other Florida Law.

WHEREFORE, the Plaintiff demand judgment against Defendant for damages, including but not limited to damages owed under the Contract, attorneys' fees and costs, and the Plaintiff demands trial by jury of all issues so triable.

## **DEMAND FOR JURY TRIAL**

The Plaintiff further demand a trial by jury of all issues so triable as a matter of right.

*[Certificate of Service on Following Page]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

**KANNER & PINTALUGA, P.A.**
Attorneys for Plaintiff
925 S. Federal Highway, Sixth Floor
Boca Raton, FL 33432
Phone: (561) 424-0032
Fax:    (561) 853-2188
**Court Phone Number: (1-888) 824-7834**
Email: gisasi@kpattorney.com
         deluett@kpattorney.com
         FirstPartyEService@kpattorney.com

By: /s/ Gabriel Isasi V    .
         MAX M. MESSINGER, ESQ.
         Florida Bar No.: 69988
         GABRIEL ISASI V, ESQ.
         Florida Bar No.: 1022119